IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY ROBBINS,**

**Plaintiff,**

v.

**ASTRAZENECA PHARMACEUTICALS, LP,**

**Defendant.**                                                                 No. 06-CV-334-DRH

## ORDER

**HERNDON, District Judge:**

      Before the Court is a Notice of Dismissal submitted by Plaintiff Billy Robbins ("Plaintiff"). (Doc. 4.) Defendant Astrazeneca Pharmaceuticals ("Defendant") has not filed an answer or motion for summary judgment in this case. Therefore, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(i)**, the Court **ACKNOWLEDGES** Plaintiff's notice (Doc. 4), and **DISMISSES without prejudice** Plaintiff's action.

      **IT IS SO ORDERED.**

      Signed this 10th day of July, 2006.

                                            /s/        David   RHerndon
                                          **United States District Judge**